UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Mei Chai Gao and
Quing Xue Gao,

               Plaintiffs,

   -v-

Attorney General Michael B. Mukasey,
Secretary Michael Chertoff,
District Director Andrea Quarantillo
               Defendants.
------------------------------------------------------x
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

08 CV 3083 (BSJ)

ORDER

On June 19, 2008, the Court held a conference with counsel in the case.

Plaintiff's counsel stated to the Court that plaintiff Mei Chai Gao is dismissed as moot.

The Clerk of the Court is directed to dismissed plaintiff Mei Chai Gao **only**.

SO ORDERED.

DATED: New York, New York
          June 23, 2008

                                      BARBARA S. JONES, U.S. DISTRICT JUDGE